UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY, | ) |
| Plaintiff, | ) Case No.: 1:25-cv-12034 |
| Vs. | ) |
| WILD BUNCH, INC., | ) |
| Defendant. | ) |

**MOTION FOR DEFAULT JUDGMENT**

NOW COMES Plaintiff FIRST-CITIZENS BANK & TRUST COMPANY ("**First-Citizens**" or "**Plaintiff**"), by and through its undersigned counsel, and hereby moves pursuant to Fed.R.Civ.P. 55(b)(2) for the entry of default judgment against WILD BUNCH, INC. ("**Wild Bunch**" or the "**Defendant**"). In support of this Motion for Default Judgment, First-Citizens respectfully states as follows:

1. Plaintiff filed its Complaint for Breach of Contract and for Replevin (the "**Complaint**") on October 1, 2025. A copy of the Complaint is attached hereto as **Exhibit 1**. *See also*, Dkt. 1.

2. Service upon Defendant was effectuated through service on Wild Bunch's registered agent on October 9, 2025. *See* the Affidavit of Service on Wild Bunch attached hereto as **Exhibit 2**. *See also*, Dkt. 4.

3. More than twenty-one (21) days have elapsed since service of process was effectuated upon Wild Bunch, and Defendant has failed to appear and answer or otherwise plead to the Complaint within the time allowed by law. *See* Fed.R.Civ.P.12(a).

4. As of January 14, 2025, the Defendant has failed to appear and answer or otherwise respond to the Complaint. *See* Affidavit/Attorney Certification in Support of Motion for Default

Judgment, a copy of which is attached hereto as **Exhibit 3**. A copy of the Docket Report dated January 14, 2026 is attached thereto as **Exhibit A**.

5. Wild Bunch is an Illinois corporation and therefore could not be in the Military Service of the United States as contemplated by the Service Members Civil Relief Act.

6. The Affidavit in Support of Motion for Default Judgment is submitted as **Exhibit 4**.

7. On or about November 19, 2021, BMO Harris Bank N.A. ("**BMO**") and Wild Bunch executed a Loan and Security Agreement 9350217-001 (the "**Agreement**"), whereby BMO financed Wild Bunch's purchase of one (1) 2019 Freightliner Cascadia-Series CA 12564SLP 125"BBC Conv Cab W/72"RR SLPR Tractor 6x4, VIN number 3AKJHHDRXKSKB6047, together with all replacements, parts, repairs, additions, accessions and accessories incorporated into the foregoing equipment or affixed to the foregoing equipment (the "**Equipment**"). *See* **Exhibit A** to the Complaint. *See also* **Exhibit 4** at ¶14.

8. Pursuant to the terms of the Agreement, Wild Bunch agreed to pay BMO the amount of $144,421.20, which was to be paid in sixty (60) consecutive monthly installments (each in the amount of $2,407.02) commencing on January 1, 2022, with like installments being due and payable on each succeeding month thereafter until the Agreement is paid in full. *See* **Exhibit A** to the Complaint. *See also* **Exhibit 4** at ¶15.

9. The Certificate of Title to the Equipment shows BMO as the first lienholder. A true and correct copy of the Certificate of Title relative to the 2019 Freightliner Cascadia-Series CA 12564SLP 125"BBC Conv Cab W/72"RR SLPR Tractor 6x4, VIN number 3AKJHHDRXKSKB6047 is attached to the Complaint as part of **Exhibit A**. *See also* **Exhibit 4** at ¶16.

10. The Defendant's next payment under the Agreement was due to BMO on September 1, 2023. *See* **Exhibit 1** to the Affidavit in Support of Motion for Default Judgment. Pursuant to paragraph 5.1(a) of the Agreement, a failure by Defendant to "pay when due any amount owed by it to Lender or any Affiliate of Lender under the Agreement" is a default. *See* **Exhibit A** to the Complaint. *See also* **Exhibit 4** at ¶ 17.

11. On or about October 26, 2023, BMO assigned all of its right, title, interest and obligations under the Agreement to First-Citizens. *See* **Exhibit B** to the Complaint. *See also* **Exhibit 4** at ¶18.

12. The Agreement provides at paragraph 5.1 that an "event of default shall occur if: (a) Debtor fails to pay when due any amount owed by it to Lender or any Affiliate of Lender under this Agreement." *See* **Exhibit A** to the Complaint at ¶5.1.

13. Further, the Agreement provides at paragraph 5.2 that,

> 5.2 Remedies. Upon the occurrence of an event of default, and at any time thereafter as long as the default continues, Lender may, at its option, with or without notice to Debtor (i) declare this Agreement to be in default, (ii) declare the indebtedness hereunder to be immediately due and payable, (iii) declare all other debts then owing by Debtor to Lender to be immediately due and payable, and (iv) exercise all of the rights and remedies of a secured party under the Uniform Commercial Code and any other applicable laws, including the right to require Debtor to assemble the Equipment and deliver it to Lender at a place to be designated by Lender and to enter any premises where the Equipment may be without judicial process and take possession thereof.

*See* **Exhibit A** to the Complaint at ¶5.2.

14. In paragraph 5.3, Defendant Wild Bunch agreed "to pay Lender, upon acceleration of the above indebtedness, interest on all sums then owing hereunder at the rate of 1 1/2 % per month if not prohibited by law, otherwise at the highest rate Debtor can legally obligate itself to pay or Lender can legally collect under applicable law. *See* **Exhibit A** to the Complaint at ¶5.3.

15. Paragraph 5.2 of the Agreement also provides that Defendant Wild Bunch "shall

3

also pay to Lender all expenses of retaking, holding, preparing for sale, selling and the like, including without limitation (a) the reasonable fees of any attorneys retained by Lender, and (b) all other legal expenses incurred by Lender. *See* **Exhibit A** to the Complaint at ¶5.2.

16. As set forth in the Affidavit in Support of Motion for Default Judgment, the amount due and owing from Defendant Wild Bunch under its obligations under the Agreement is $126,500.01, plus $50,091.14, reflecting prejudgment interest at the rate of 18% per annum between October 1, 2023 (one month after event of default) to December 12, 2025, plus $62.38 per day interest subsequent to December 12, 2025, until the date of judgment, plus attorney's fees and costs. *See* **Exhibit 4**, at ¶¶19 through 21, 28, *and* **Exhibit A** to the Complaint at ¶¶5.2, 5.3.

17. Plaintiff has performed all of its obligations under the Agreement. *See* **Exhibit 4**, at ¶22.

18. Currently the equipment forth in the Agreement, to wit;

> One (1) 2019 Freightliner Cascadia-Series CA 12564SLP 125"BBC Conv Cab W/72"RR SLPR Tractor 6x4, VIN number 3AKJHHDRXKSKB6047, together with all replacements, parts, repairs, additions, accessions and accessories incorporated into the foregoing equipment or affixed to the foregoing equipment

(all together, the "Equipment") is located at Advance Truck Repair Shop, 7335 W 100th Place, Bridgeview, IL 60455; and Defendant has failed and refused to return the Equipment to Plaintiff, who has a perfected first priority purchase money security interest in the Equipment. *See* **Exhibit 4**, at ¶¶ 23-27 *and* **Exhibit A** to the Complaint at ¶¶ 2.1 and 5.2.

19. Plaintiff expended $7,122.50 in attorneys' fees of and costs of $635.00, for total charges of $7,757.50 in pursuing its rights against Defendant. *See* Affidavit in Support of Request for Attorneys' Fees and Costs attached hereto as **Exhibit 5**. Plaintiff is entitled to recovery of its attorneys' fees and costs. *See* **Exhibit A** to the Complaint at paragraph 5.2.

20. A proposed order for default judgment is attached hereto as **Exhibit 6**.

WHEREFORE, FIRST-CITIZENS BANK & TRUST COMPANY, respectfully requests that this honorable Court:

a) Enter an order of default against Defendant WILD BUNCH, INC.;

b) Enter Judgment in favor of Plaintiff FIRST-CITIZENS BANK & TRUST COMPANY and against Defendant WILD BUNCH, INC. in the amount of $184,348.65, consisting of the balance of $126,500.01, plus prejudgment interest at the rate of 18% per annum ($50,091.14 as of December 12, 2025, calculated as 803 days from October 1, 2023 to December 12, 2025 x $62.38 per day prejudgment interest), plus $7,122.50 in attorneys' fees and costs of $635.00;

c) Enter an order, finding that Plaintiff FIRST-CITIZENS BANK & TRUST COMPANY is entitled to immediate possession of the 2019 Freightliner Cascadia-Series CA 12564SLP 125"BBC Conv Cab W/72"RR SLPR Tractor 6x4, VIN number 3AKJHHDRXKSKB6047, together with all replacements, parts, repairs, additions, accessions and accessories incorporated into the foregoing equipment or affixed to the foregoing equipment, and directing Defendant WILD BUNCH, INC. to immediately surrender and turn over possession of the 2019 Freightliner Cascadia-Series CA 12564SLP 125"BBC Conv Cab W/72"RR SLPR Tractor 6x4, VIN number 3AKJHHDRXKSKB6047, together with all replacements, parts, repairs, additions, accessions and accessories incorporated into the foregoing equipment or affixed to the foregoing equipment, within five (5) days from the date of such order to FIRST-CITIZENS BANK & TRUST COMPANY and/or its authorized agent;

d) and for other relief as is just and proper.

Respectfully Submitted,

                                              FIRST-CITIZENS BANK &
                                              TRUST COMPANY

                                   By: <u>/s/ Ann Brooks</u>
                                          D. Ann Brooks

Kenneth D. Peters, Esq. (ARDC # 06186034)
D. Ann Brooks, Esq. (ARDC # 06277270)
Dressler | Peters, LLC
101 W Grand Ave. Ste. 404
Chicago, Illinois 60654
Phone: 312-602-7362
Fax:    312-637-9378
Email: kpeters@dresslerpeters.com
          abrooks@dresslerpeters.com