**EXHIBIT 6**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

FIRST-CITIZENS BANK & TRUST COMPANY, )
)    Case No.: 1:25-cv-12034

Plaintiff, )
)

Vs. )
)

WILD BUNCH, INC., )
)

Defendant. )

## ORDER FOR ENTRY OF DEFAULT JUDGMENT
## AND RETURN OF EQUIPMENT

This matter coming before the Court on Plaintiff FIRST-CITIZENS BANK & TRUST COMPANY's Motion for Default Judgment against Defendant WILD BUNCH, INC., with due notice having been given, and the Court being fully advised in the premises,

It is HEREBY ORDERED and ADJUDGED that Plaintiff FIRST-CITIZENS BANK & TRUST COMPANY's Motion for Default Judgment is Granted;

It is HEREBY ORDERED and ADJUDGED that Defendant WILD BUNCH, INC. is in default for failure to file an appearance, answer, or otherwise respond to Plaintiff FIRST-CITIZENS BANK & TRUST COMPANY's Complaint;

It is HEREBY ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff FIRST-CITIZENS BANK & TRUST COMPANY and against Defendant WILD BUNCH, INC. in the amount of $184,348.65, consisting of the balance of $126,500.01, plus prejudgment interest at the rate of 18% per annum ($50,091.14 from October 1, 2023 through December 12, 2025 at $62.38 per day), plus $7,122.50 in attorneys' fees and costs of $635.00;

It is HEREBY FURTHER ORDERED AND ADJUDGED that Plaintiff FIRST-CITIZENS BANK & TRUST COMPANY is entitled to possession of the 2019 Freightliner

Cascadia-Series CA 12564SLP 125"BBC Conv Cab W/72"RR SLPR Tractor 6x4, serial number 3AKJHHDRXKSKB6047, together with all replacements, parts, repairs, additions, accessions and accessories incorporated into the foregoing equipment or affixed to the foregoing equipment and Defendant WILD BUNCH, INC. is ordered to immediately turnover possession of the 2019 Freightliner Cascadia-Series CA 12564SLP 125"BBC Conv Cab W/72"RR SLPR Tractor 6x4, serial number 3AKJHHDRXKSKB6047, together with all replacements, parts, repairs, additions, accessions and accessories incorporated into the foregoing equipment or affixed to the foregoing equipment to FIRST-CITIZENS BANK & TRUST COMPANY and/or its authorized agent within five (5) days from the date of this Court's Order.

SO ORDERED this _____ day of _____, 2026.

_____
Honorable Judge Presiding

Order prepared by:
Kenneth D. Peters, Esq. (ARDC # 06186034)
D. Ann Brooks, Esq. (ARDC # 06277270)
Dressler | Peters, LLC
101 W Grand Ave. Ste. 404
Chicago, Illinois 60654
Phone: 312-602-7362
Fax:    312-637-9378
Email:  kpeters@dresslerpeters.com
        abrooks@dresslerpeters.com